```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13135
   ELIZABETH SICILIANO
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6073


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/07 and confirmed on 02/13/08.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $    5460.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG        .00            .00           .00
CHRYSLER FINANCIAL SVC A UNSECURED      NOT FILED            .00           .00
FIA CARD SERVICES        UNSECURED      NOT FILED            .00           .00
CAPITAL ONE FINANCIAL    UNSECURED      NOT FILED            .00           .00
CAPITAL ONE FINANCIAL    UNSECURED      NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC UNSECURED        4599.61            .00        4599.61
B REAL LLC               UNSECURED         363.80            .00         363.80
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00       4963.41        .00         4963.41
PRINCIPAL PAID         .00         .00       4963.41        .00         4963.41
INTEREST PAID          .00         .00          .00         .00             .00
TOTAL PAID             .00         .00       4963.41        .00         4963.41
The Debtor's attorney, CHARLES A JOHNSON              , was allowed $    951.00
and was paid $    951.00   direct and $      .00  through the plan.

The Trustee received $     301.80 .

Refunds to the Debtor totaled $     194.79 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/11/09                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 13135 ELIZABETH SICILIANO
```